# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| LACEY POVRZENICH | : No. 191 WAL 2021 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| JENNIFER K. RIPEPI, M.D.; JENNIFER K. RIPEPI PEDIATRICS, LLC; FRANK G. DIETTINGER, M.D.; IMAGING ASSOCIATES OF GREATER PITTSBURGH, LLC; AND MONONGAHELA VALLEY HOSPITAL  LACEY POVRZENICH, A MINOR, BY AND THROUGH HER PARENTS AND NATURAL GUARDIANS, JANNA PALLOTTA AND EDWARD POVRZENICH | : |
| | : |
| v. | : |
| | : |
| DAWN R. MCCRACKEN, M.D.; DAWN MCCRACKEN, M.D., P.C.; MONONGAHELA VALLEY HOSPITAL; AND MON VALLEY COMMUNITY HEALTH SERVICES, INC. | : |
| | : |
| PETITION OF: MON VALLEY COMMUNITY HEALTH SERVICES, INC. | : |
| LACEY POVRZENICH, A MINOR BY AND THROUGH HER PARENTS AND NATURAL GUARDIANS, JANNA PALLOTTA AND EDWARD POVRZENICH | : No. 192 WAL 2021 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| DAWN R. MCCRACKEN, M.D., DAWN MCCRACKEN, M.D., PC.; MONONGAHELA | : |

VALLEY HOSPITAL; AND MON VALLEY : 
COMMUNITY HEALTH SERVICES, INC.  : 
  : 
  : 
PETITION OF: MON VALLEY COMMUNITY : 
HEALTH SERVICES, INC.  : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.